UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO

DANIA CECILIA CARDENAS MARTINEZ,                                       PETITIONER

v.                                                    CIVIL ACTION NO. 4:26-cv-00418-GNS

JASON WOOSLEY,
Grayson County Jailer;

TODD BLANCHE, Acting Attorney
General of the United States;

SAMUEL J. OLSON, Chicago Field
Office Director Immigration and
Customs Enforcement and Removal
Operations ("ICE/ERO");

TODD LYONS, Acting Director of
Immigration Customs Enforcement
("ICE") U.S. Immigration and
Customs Enforcement;

MARKWAYNE MULLIN, Secretary
of the Department of Homeland
Security ("DHS");

U.S. DEPARTMENT OF HOMELAND
SECURITY,                                                             RESPONDENTS

## ORDER

Upon joint motion of the parties to remand/cancel the hearing in this matter and

the Court being sufficiently advised,

IT IS HEREBY ORDERED that the motion is GRANTED.

**Greg N. Stivers, Judge**
**United States District Court**
June 23, 2026